NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRAVEL SENTRY, INC.,**
*Plaintiff-Appellee,*

v.

**DAVID A. TROPP,**
*Defendant-Appellant.*

---

2011-1023

---

Appeal from the United States District Court for the Eastern District of New York in case no. 06-CV-6415, Judge Eric N. Vitaliano.

---

ON MOTION

---

ORDER

Upon consideration of David A. Tropp's unopposed motion to deactivate this appeal pending entry of final judgment by the United States District Court for the Eastern District of New York,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is deactivated. Tropp is directed to notify this court within 14 days of the district court's entry of final judgment.

(2) All pending motions are moot.

FOR THE COURT

**MAR 1 0 2011**
Date

/s/ Jan Horbaly
Jan Horbaly·
Clerk

cc:  William L. Prickett, Esq.
     Donald R. Dinan, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2011

JAN HORBALY
CLERK